**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHALAT MORRISON,

    Plaintiff,

v.                                        CASE NO. 5:11cv249-MP-GRJ

BUSS, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 12, 2011. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Complaint (doc.1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.    Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is GRANTED for the limited purpose of screening his claims.

    4.    Plaintiff's motion for appointment of counsel (doc. 3) is DENIED as moot.

    **DONE and ORDERED** this 12th day of December, 2011.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**